[No. 47296-8-I. Division One. August 20, 2001.]

MARK W. MASON, ET AL., *Appellants*, v. TRACY LYNN ERWIN, ET AL., *Defendants*, RONALD D. WILHITE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-08454-3, Jay V. White, J., entered August 11, 2000. *Reversed* by unpublished opinion per Agid, C.J., concurred in by Coleman and Becker, JJ.

[No. 47322-1-I. Division One. August 20, 2001.]

*In the Matter of the Estate of* F. GERALD MARSHALL.

LINDA MARSHALL TOPP, *Appellant*, v. TRINITY LUTHERAN CHURCH OF FREELAND, *Respondent*.

Appeal from a judgment of the Superior Court for Island County, No. 99-2-00610-5, Vickie I. Churchill, J., entered August 21, 2001. *Affirmed* by unpublished opinion per Cox, J., concurred in by Kennedy and Appelwick, JJ.

[No. 47496-1-I. Division One. August 20, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMEZ E. WILMORE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-03758-5, Philip G. Hubbard, Jr., J., entered September 29, 2000. *Remanded* by unpublished per curiam opinion.

[No. 47516-9-I. Division One. August 20, 2001.]

*In the Matter of the Marriage of* CHARLES ARTHUR JOSENHANS, *Respondent*, and ADRIANN DENISE JOSENHANS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-3-03703-5, Robert H. Alsdorf, J., entered September 27, 2000. *Reversed* by unpublished per curiam opinion.